**Dennis James LONG, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 37637.**

Missouri Court of Appeals,
Western District.

July 22, 1986.

Joseph H. Locascio, Robert A. McNemar, Kansas City, for appellant.

William L. Webster, Atty. Gen., Timothy W. Anderson, Jefferson City, for respondent.

Before CLARK, C.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from denial, without evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).